B4 (Official Form4)(12/07)



# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  China Village, LLC                    ,
                    Debtor

Case No.  10-60373 ASW 11

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Last & Faoro<br>520 S. El Camino Real, Ste. 430<br>San Mateo, CA 94402 | | | | 3,776 |
| Statewide Roofing<br>5542 Monterey Road, #201<br>San Jose, CA 95138 | | | | 4,106 |
| Structural Engineers, Inc.<br>4970 El Camino Real, Ste. 100<br>Los Altos, CA 94022 | | | | 5,000 |

AMENDED

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Acanthus Architecture & Design<br>751 Baker Street<br>San Francisco, CA 94115 | | | | 7,320 |
| Twinwood<br>320 13th Street, Ste. 206<br>Oakland, CA 94162 | | | | 8,893 |
| Republic ITS<br>371 Bel Marin Keys Blvd. #200<br>Novato, CA 94949 | | | | 9,275 |
| Do, Le & Co<br>2150 Ringwood Ave.<br>San Jose, CA 95131 | | | | 10,000 |
| City of Fremont<br>P.O. Box 5006<br>Fremont, CA 94537 | | | | 12,893 |
| Kleinfelder<br>981 Garcia Ave., Ste. A<br>Pittsburg, CA 94565 | | | | 14,189 |
| Gates & Associates<br>2671 Crow Canyon Road<br>San Ramon, CA 94583 | | | | 17,734 |
| Sandis<br>3007 Douglas Blvd., Ste. 105<br>Roseville, CA 95661 | | | | 25,440 |

AMENDED

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RTKL<br>P.O. Box 402336<br>Atlanta, GA 30301 | | | | 27,000 |
| Professional Services Industries<br>1901 South Meyers Road, Suite 400<br>Oakbrook Terrace, IL 60181 | | | | 27,297 |
| Berliner Cohen<br>10 Almaden Blvd., 11th Floor<br>San Jose, CA 95113 | | | | 34,928 |
| Kobza & Associates Architecture<br>2083 Old Middlefield Way<br>Mountain View, CA 94043 | | | | 49,859 |
| Dennis Brown<br>111 N. Market Street, Ste. 1010<br>San Jose, CA 95113 | | | | 61,912 |
| Interface Engineering, Inc.<br>708 SW Third Ave., Ste. 400<br>Portland, OR 97204 | | | | 103,783 |
| BSB Design<br>1601 West Lake Parkway, Ste. 200<br>Des Moines, IA 50266 | | | | 148,304 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30948-302Y-09810 - PDF-XChange 3.0

AMENDED

|   (1)   |   (2)   |   (3)   |   (4)   |   (5)   |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| A Dong Supermarket<br>Attn: Ken Huynh<br>13075 Euclid St.<br>Garden Grove, CA 92843 | | | | 152,499 |
| Fresh & Natural, Inc.<br>426 South Main Street<br>Milpitas, CA 95035 | | | | 500,000 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  November 8, 2010

Signature  /s/ Thomas Nguyen

THOMAS NGUYEN,
Member