FILED

FEB 18 2011

United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-60373 ASW |
| CHINA VILLAGE, LLC, | Chapter 11 |
| Debtor. | |

**COURT COMMENTS RE DEBTOR'S PLAN AND DISCLOSURE STATEMENT**

The Court has found the following grammatical, typographical, and stylistic suggestions for Debtor's Plan and Disclosure Statement.

(1) <u>Plan and Disclosure Statement Suggestions</u>

In the Plan on page 2, line 22, and the Disclosure Statement on page 12, line 4, the word "principle" should be spelled princip**al**.

The paragraphs in the Plan on page 6, lines 3 to 4, and the Disclosure Statement on page 18, lines 23 to 24, should be moved to or consolidated into the section with the heading "Treatment of Class E."

In the Plan on page 12, lines 4 to 5, and in the Disclosure Statement on page 17, lines 13 to 14, Debtor provides that Debtor shall retain any claims arising pursuant to Bankruptcy Code section 541. Debtor may mean bankruptcy code section 544.

COURT COMMENTS RE DEBTOR'S
 PLAN AND DISCLOSURE STATEMENT

(2) <u>Plan Suggestions</u>

In the Plan on page i, line 3.5, some of the periods should be deleted so that the heading and the periods are all on the same line.

In the Plan on page i, line 9.5, there should not be a heading for Class C-4 and Class C-5 claims.

In the Plan on page 2, lines 4 to 5, the following words should be deleted as duplicative: "the Redwood Plan Funding shall mean the additional funding which Redwood Mortgage will provide."

In the Plan on page 4, line 1, there should be a period at the end of the sentence.

(3) <u>Disclosure Statement Suggestions</u>

In the Disclosure Statement on page i, line 7.5, a subheading and a page number should be added for: "D. Status of Receiver."

In the Disclosure Statement on page ii, line 18.5, a heading should added for: "XIV. Certification."

In the disclosure statement on page 8, line 20, the amount $129,638.23 should be $126,638.23.

In the Disclosure Statement on page 17, line 21.5, the word "results" should be singular.

In the Disclosure Statement on page 25, line 8, the word "four" should be "five."

In the Disclosure Statement on page 28, line 24, the letters "DBA" should be inserted between the words "Inc." and "Statement."

Dated: 2/18/11

ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

COURT COMMENTS RE DEBTOR'S
PLAN AND DISCLOSURE STATEMENT 2

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

<u>Court Service List</u>

Lawrence A. Jacobson
Sean Jacobson
Law Offices of Cohen and Jacobson
900 Veterans Blvd. #600
Redwood City, CA 94063

Michael Gerard Fletcher
Bernard R. Given II
Joy E. Mason
Frandzel Robins Bloom & Csato
6500 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048-4920

William P. Fennell
Tracy L. Schimelfenig
Law Office of William P. Fennell, APLC
1111 Sixth Avenue, Suite 404
San Diego, CA 92101

Victor J. Cosentino, Esq.
Larson & Gaston, LLP
200 South Los Robles Avenue, Suite 530
Pasadena, CA 91101

Dennis D. Miller
Eugene Chang
Stein & Lubin LLP
Transamerica Pyramid
600 Montgomery St, 14th Floor
San Francisco, CA 94111

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

COURT COMMENTS RE DEBTOR'S
PLAN AND DISCLOSURE STATEMENT