# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| China Village, LLC ) | Bankruptcy No. 10-60373 |
| Debtor ) | |
| ) | |
| _____ ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Adversary No. _____ |
| ) | |
| _____ ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

## STIPULATION APPOINTING RESOLUTION ADVOCATE
## AND ASSIGNMENT TO THE BANKRUPTCY
## DISPUTE RESOLUTION PROGRAM

IT IS HEREBY STIPULATED by and between all parties to the (adversary proceeding) (name of dispute in the main case) entitled herein, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The parties have conferred and have agreed that the following individuals are mutually acceptable for appointment as Resolution Advocate and Alternate Resolution Advocate in this matter:

| Resolution Advocate: | Alternate: |
|---|---|
| Michael Isaacs, Esq | Charles Maher, Esq |
| Name | Name |
| 121 Spear Street, Suite 200 | 121 Spear Street, Suite 200 |
| Address | Address |
| San Francisco, CA 94105 | San Francisco, CA 94105 |
| City, State, Zip | City, State, Zip |
| 415- 356 -4600 | 415- 356 -4600 |
| Telephone | Telephone |

The matter concerns (select one):

| | | |
|---|---|---|
| ( ) Breach of Contract | ( ) Classification of Claims | ( ) Construction Issues |
| ( ) Dischargeability | ( ) Injunctive or Declaratory Relief | ( ) Lien Avoidance |
| ( ) Multiple Litigations | ( ) Objection to Claim | (X) Objection to Plan Confirmation |
| ( ) Preference / Fradulent Conveyance | ( ) Real Estate Issues | ( ) Validity of Lien |
| ( ) Violation of Stay | ( ) Other:_____ | |

The attorneys for the parties are:

| Attorney for: Debtor | Attorney for: Cathay Bank |
|---|---|
| Lawrence A. Jacobson | Bernard Given |
| Name | Name |
| 900 Veterans Blvd., Suite 600 | 6500 Wilshire Blvd, 17th Floor |
| Address | Address |
| Redwood City CA 94063 | Los Angeles CA 90048-4920 |
| City, State, Zip | City, State, Zip |
| 650-261-6280 | 323-852-1000 |
| Telephone | Telephone |
| /s/   Lawrence A. Jacobson | /s/   Bernard Given |
| Signed | Signed |
| 6/17/2011 | 6/17/2011 |
| Dated | Dated |

*Revised November 2, 2006*