1  LAWRENCE A. JACOBSON, SBN 057393
   SEAN M. JACOBSON, SBN 227241
2  COHEN AND JACOBSON, LLP
   900 Veterans Boulevard, Suite 600
3  Redwood City, California 94063
   Telephone: (650) 261-6280
4  Facsimile:  (650) 368-6221

5  Attorneys for Debtor
   China Village, LLC
6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 In re:                              Case No. 10-60373 ASW

12 CHINA VILLAGE, LLC,                 Status Conference

13              Debtor.                Date:   June 28, 2011
                                       Time:  2:00 p.m.
14                                     Place:  Hon. Arthur S. Weissbrodt

15                                     Confirmation Hearing

16                                     Date:   TBD
                                       Time:  TBD
17                                     Place:  Hon. Arthur S. Weissbrodt

18 _____

19            **DEBTOR'S STATUS CONFERENCE STATEMENT**

20        Debtor China Village, LLC submits the following Status Conference Statement:

21 **I.       STATUS OF CHAPTER 11 CASE**

22        **A.       Procedural Posture**

23        This Chapter 11 bankruptcy case was filed on October 4, 2010.  The Debtor is current in its

24 filing of Monthly Operating Reports and payment of United States Trustees Fees, and is otherwise

25 compliant with all requirements of the United States Trustee.  Debtor's cash flow is positive, with

26 the rental income from current tenants sufficient to pay operating expenses.  This is a single asset

                                                                                      1

real estate case, and therefore Debtor's Plan and Disclosure Statement are on file.

*For the reasons set forth herein, Debtor suggests and requests that the Status Conference be continued to July 18, 2011, at 2:00 p.m., to allow for completion of a currently scheduled BDRP Session pertaining to Cathay Bank's objection to confirmation.*

### B.    Summary of Confirmation Status

The Disclosure Statement has been approved, and the Confirmation Hearing was originally set to be heard in May, 2011.  Pursuant to an agreement with secured party Cathay Bank (which has objected to confirmation and voted against the Plan), the Confirmation Hearing was continued to the present date in order to allow for Debtor, Cathay Bank, and Redwood Mortgage to conduct further settlement discussions regarding a potentially consensual plan.  The parties agreed that if a settlement were not reached, that the present hearing would be a status conference at which the parties would request trial, briefing, and discovery cut-off dates.

The Plan is a 100% payment plan, with the ultimate payments to creditors being made by utilizing the significant equity in the Property to pay creditors following either the sale or refinance of the Property.  During the term of the Plan Redwood Mortgage has agreed to supplement Debtor's rental income with a further advance in order to make monthly payments to Cathay Bank during the term of the Plan.

Voting on the Chapter 11 Plan concluded on May 6, 2011.  The deadline for voting has passed, and while Cathay Bank voted to reject the Plan, all other voting classes have voted unanimously to approve the proposed Plan.  Cathay Bank has also filed an objection to confirmation, and Debtor has filed its Reply Brief.

The Parties have stipulated to participate in a BDRP Session with respect to Cathay Bank's objection to confirmation.  The Court has approved the stipulation, with Michael Isaacs having been appointed as the resolution advocate.  The session was scheduled to take place on June 27, 2011, i.e., the day prior to this Status Conference, however the session has been re-set for July 15, 2011, in order to accommodate party availability.  Therefore the parties have agreed to request a continuance

Case: 10-60373    Doc# 138    Filed: 06/27/11    Entered: 06/27/11 10:22:35    Page 2 of 3

1  of the Status Conference, as all parties agree that scheduling dates for discover and related briefing is

2  not cost effective if a settlement may potentially be reached at the BDRP session.

3       Respectfully submitted.

4  Dated:  June 27, 2011                    COHEN AND JACOBSON, LLP

5

6                              By:   /s/   Lawrence A. Jacobson
                            Lawrence A. Jacobson
                            Attorneys for Debtor

3